**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **AMERICAN PROPERTY INSURANCE COMPANY** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:22-cv-00325-P** |
| | § | |
| **NNF, INC.** | § | |
| | § | |
| ***Defendant.*** | § | |

**PLAINTIFF'S SUPPLMENTAL DESIGNATION OF EXPERTS**

COMES NOW, Plaintiff American Property Insurance Company (Plaintiff or "APIC") who serves this Plaintiff's Designation of Experts, and states as follows:

**Daniel B. Treppel, P.E.**[1]
RIMKUS CONSULTING GROUP, INC.
1431 Greenway Drive, Suite 900
Irving Tx 75038
Telephone (Main): 972-518-0900
Email: dtreppel@rimkus.com
Plaintiff's APIC's Expert witness is a Texas Licensed Engineer, will testify regarding causation of damages reported by Defendant NNF, Inc., and as to the specific damages in the appraisal award. Plaintiff has attached the expert's C.V.

**Christopher Don Foster**
c/o Paul K. Stafford
STAFFORD MOORE, PLLC
325 St. Paul St., Suite 2210
Dallas, Texas 75201
Telephone (Main): 214-764-1529
Telephone (Direct): 214-764-1531
Facsimile: 214-580-8104
Email: paul@staffordmoore.law

- Plaintiff's APIC's appraiser, will testify regarding all appraisal damage pertaining to the lawsuit and the Appraisal Award. Plaintiff has supplemented with the expert's C.V.

[1]Plaintiff disclosed this expert on February 9, 2021 to Defendant NNF, Inc. via email, including a copy of Mr. Treppel's report and his C.V.

**Paul K. Stafford**
STAFFORD MOORE, PLLC
326 St. Paul St., Suite 2210
Dallas, Texas 75201
Telephone (Main): 214-764-1529
Telephone (Direct): 214-764-1531
Facsimile: 214-580-8104
Email: paul@staffordmoore.law

- Plaintiff's expert on attorney's fees and costs, will testify as to the reasonable necessity of attorney's fees and costs. Plaintiff will supplement C.V.

Dated: December 2, 2022

**Respectfully Submitted,**

**STAFFORD MOORE, PLLC**

*/s/ Tara E. Faenza*
Tara E. Faenza
Florida Bar No. 106928
*Admitted Pro Hac Vice*
tfaenza@mkcilaw.us.com
MCGIVNEY KLUGER CLARK & INTOCCIA, PC
Brickell City Tower
80 SW 8th Street, Suite 2000
Miami, FL 33130
Tel: (305) 423-7189

Paul K. Stafford
State Bar No. 00791716
paul@staffordmoore.law
325 N. St. Paul Street, Suite 2210
Dallas, Texas 75201
Telephone (Main): 214-764-1529
Telephone (Direct): 214-764-1531
Facsimile: 214-580-8104

**ATTORNEYS FOR PLAINTIFF AMERICAN PROPERTY INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2022, a true and correct copy of the foregoing instrument was served by email pursuant the Federal Rules of Civil Procedure upon Defendant's Counsel of record as follows:

David L. Chumbley davidchumbleypc@gmail.com
12001 N. Central Expy, Suite 650
Dallas, Texas 75243

*/s/ Tara E. Faenza*
Tara E. Faenza